**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHAHIED TUCKER-SAAHIR,     )
                               )
    Petitioner,          )
                               )
        v.             ) Civil Action No. 06-159
                               ) Judge Conti
RAYMON RISTIN, *et al*,    ) Magistrate Judge Caiazza
                               )
                               )
    Respondents.        )

**<u>MEMORANDUM ORDER</u>**

Shaheed Tucker-Saahir's Petition for Writ of Habeas Corpus was received by the Clerk of Court on February 7, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 1, 2006, recommended that recommended that the Petition for Writ of Habeas Corpus filed by Shaheed Tucker-Saahir be dismissed and that a certificate of appealability be denied.

The parties were allowed ten days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail delivered to the Allegheny County Jail, Pittsburgh, Pennsylvania, where he is incarcerated and on the Defendant. No Objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this <u>28th</u> day of November, <u>2006</u>,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Shaheed Tucker-Saahir is dismissed and that a certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 10), dated November 1, 2006, is adopted as the opinion of the court.


<u>Joy Flowers Conti</u>
Joy Flowers Conti
U.S. District Court Judge

_____

cc:
Shaheed Tucker-Saahir
55543
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100

Mariah Passarelli
Office of the Attorney General